United States Bankruptcy Court
District of Massachusetts

In re:                                                                Case No. 10-21008-jnf
Hildo L DaCosta                                                       Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-1          User: dk           Page 1 of 2           Date Rcvd: Mar 01, 2011
                              Form ID: ntcdnds   Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2011.
```
db           +Hildo L DaCosta,    361 Faneuil Street - Apt. 03,    Brighton, MA 02135-2559
aty          +Jacob Aaron Esher,    Esher Rossi LLC,   100 Franklin Street,    Boston, MA 02110-1537
aty          +Mark C. Rossi,    Esher Rossi LLC,    100 Franklin Street,    Fourth Floor,   Boston, MA 02110-1537
tr           +Gary W. Cruickshank,    Law Office of Gary W.Cruickshank,    21 Custom House Street,    Suite 920,
               Boston, MA 02110-3525
cr           +BMW Bank of North America, Inc. Departme,    c/o Ascension Capital Group,    P.O. Box 201347,
               Arlington, TX 76006-1347
cr           +Virginia Kakridas,    Trustee of Delta Realty Trust,    c/o Esher  Rossi LLC,
               100 Franklin Street,    Fourth Floor,   Boston, MA 02110-1537
17764439     +AT&T Mobility,    P.O. Box 536216,    Atlanta, GA 30353-6216
17764435     +Agar Supply Company, INC,    225 John Hancock Road,    Taunton, MA 02780-7318
17764436     +Alfred Martins,    166 Highland Ave,    Somerville, MA 02143-1506
17764437     +Ali Orgad,    11 Wildwood Road,    Middleton, MA 01949-2133
17764440     +Atlas Distribution Inc,    44 South Bridge Street,    Auburn, MA 01501-2500
17764442     +BMW Financial Services,    5550 Britton Parkway,    Hilliard, OH 43026-7456
17895226     +BMW Financial Services NA, LLC Department,    c/o Ascension Capital Group,    P.O. Box 201347,
               Arlington, TX 76006-1347
17764441     +Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
17764443     +Bureau of Collection Recovery, INC,    155 Federal Street # 700,    Boston, MA 02110-1727
17764444     +Carpenter & Company, INC.,    20 University Road,    Cambridge, MA 02138-5756
17764445     +Cavalry Portfolio Services, LLC,    P.O. Box 27288,    Tempe, AZ 85285-7288
17764446     +Chase-Pier,    Po Box 15298,    Wilmington, DE 19850-5298
17764447     +Comcast Metroboston Enti,    4200 International Pkwy,    Carrollton, TX 75007-1912
17764448     +Cozen / O'Connor,    1900 Market Street,    Philadelphia, PA 19103-3572
17764450     +Dsnb Bloom,    Po Box 8218,    Mason, OH 45040-8218
17764451     +Elma B Swecker,    c/o Schlossberg & Associates P.C.,    369 Wareham Street,    Unit #1,
               Marion, MA 02738-1134
17764452      G. Michael Wise, Esq.,    Attorney at Law,    Jefferson Building,    291 Jefferson Avenue,
               Swampscott, MA 01907
17764453     +Ge Money Bank  F.S.B.,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
17764455     +Gerard M. Marino, Esq.,    23 Shore Road,    Winchester, MA 01890-2821
17764449    ++INTERNAL REVENUE SERVICE,     CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court: Department of the Treasury - IRS,     P.O. Box 9019,
               Holtsville, NY 11742)
17764456     +Massachusetts Department of Revenue,    P.O. Box 7010,    Boston, MA 02204-7010
17764457     +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
17764458     +Merchants Advance Llc,    475 Park Ave S Fl 16,    New York, NY 10016-6904
17764459     +Midland Funding, LLC,    8875 Aero Drive,    San Diego, CA 92123-2251
17764460     +Murray & Quill, P.C.,    ATTORNEYS AT LAW,    165 Washington Street,    Winchester, MA 01890-2100
17764461     +NSTAR,    P.O. Box 660369,    Dallas, TX 75266-0369
17764462    ++NSTAR GAS COMPANY AND NSTAR ELECTRIC COMPANY,     ATTN LEGAL COLLECTIONS,     1 NSTAR WAY NW 220,
               WESTWOOD MA 02090-2341
             (address filed with court: Nstar Electric,     1 Nstar Way,    Westwood, MA 02090)
17764463     +Orlans / Moran,    P.O. Box 962169,    RE: Classic Restaurant Supply,    Boston, MA 02196-2169
17764464     +Richard S. Daniels, Jr.,    1250 Hancock Street STE 600N,    P.O.Box 699241,
               Quincy, MA 02269-9241
17764465     +Rios Wine & liquors,    501 C,    Lancaster Street,    Leominster, MA 01453-7508
17764466     +Robbins Beef Company,    35 Food Mart Road,    Boston, MA 02118-2801
17764467     +Sst/Cigpflc,    4315 Pickett Road,    Saint Joseph, MO 64503-1600
17764468     +Sst/Columbus,    4315 Pickett,    Saint Joseph, MO 64503-1600
17764469     +Toyota Motor Credit,    1500 W Park Dr,    Westborough, MA 01581-3936
17764470     +Toyota Motor Credit Company,    1500 West Park,    Westborough, MA 01581-3936
17764471     +Virginia KakridasTrustee of Delta Realty,    Hoffman & Hoffman,    c/o Karin M. Welker, Esq.,
               44 School Street,    Boston, MA 02108-4200
17764472     +Watermark,    12304 Baltimore Ave Ste,    Beltsville, MD 20705-1314
17764473     +Young's Trading, Inc.,    One Widett Circle,    Boston, MA 02118-2804

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Mar 01 2011 23:08:35     John Fitzgerald,
               Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
               5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3934
17764454      +E-mail/PDF: gecsedi@recoverycorp.com Mar 02 2011 00:54:21      Gemb/Gap,    Po Box 981400,
               El Paso, TX 79998-1400
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Gary W. Cruickshank,    Law Office of Gary W.Cruickshank,    21 Custom House Street,    Suite 920,
               Boston, MA 02110-3525
```

```
District/off: 0101-1          User: dk              Page 2 of 2           Date Rcvd: Mar 01, 2011
                              Form ID: ntcdnds      Total Noticed: 46

17764438    ##+Applied Bnk,    4700 Exchange Cour,    Boca Raton, FL 33431-4464
                                                                           TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 03, 2011**               **Signature:**        _Joseph Speetjens_

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:    Hildo L DaCosta<br>           Debtor,<br>           aka Hildo DeCosta, aka Hildo Luiz Costa | Chapter: 7<br>Case No: 10−21008<br>Judge Joan N. Feeney |

## NOTICE OF DENIAL OF DISCHARGE

TO ALL CREDITORS OF Hildo L DaCosta :

By order entered on **MARCH 1, 2011** in Adversary Proceeding **11−1001** , this Court has ordered and declared that the debts of the Debtor, **Hildo L DaCosta** shall not be discharged in the Debtor's bankruptcy case. Therefore, despite the Debtor's bankruptcy filing, creditors are now free to enforce, or to resume enforcing, their claims against the Debtor outside of this bankruptcy case. Creditors' claims against the Debtor are as valid and enforceable as they would have been if the Debtor had not filed a bankruptcy petition. However, be aware that

1. the automatic stay continues to stay acts against property of the bankruptcy estate until either the bankruptcy case is closed or the asset at issue is abandoned, so creditors may not enforce their rights against an asset of the bankruptcy estate until the bankruptcy case is closed, the Chapter 7 Trustee abandons the assets (see 11 U.S.C. § 362(c) and 554), or a creditor seeks and obtains relief from the automatic stay to proceed against the asset; and
2. except for debts of the kinds listed in 11 U.S.C. § 522(c)(1),(2), and (3), creditors may not enforce their claims against assets that the Debtor has exempted under 11 U.S.C. § 522 in the bankruptcy case.

Date:3/1/11

James M. Lynch
Clerk, U.S. Bankruptcy Court

By the Court,

David Krinsky
Deputy Clerk
617−748−5321